JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE BANKS,<br><br>        Plaintiff,<br><br>    v.<br><br>BURLINGTON COAT FACTORY OF TEXAS, INC., et al.,<br><br>        Defendants. | Case No. CV 25-366-MWF(ASx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF LAWSUIT PURSUANT TO FRCP 41(a)(1)(ii) |

The Court has read and considered the parties' Stipulation of Dismissal of Lawsuit Pursuant to F.R.C.P. 41(a)(1)(ii), filed May 6, 2026. (Docket No. 15). For good cause shown, and pursuant to the terms and conditions of the Joint Settlement Agreement, which terms have been fulfilled by the parties, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 7, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge